1  RICHARD JOHNSTON  Bar No. 124524
   131-A Stony Circle, Suite 500
2  Santa Rosa, California 95401
   Telephone: (707) 577-7422
3  Facsimile: (707) 837-9532

4  Attorneys for Plaintiff
   MARY ANN GEORGE

6  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   BRUCE D. CELEBREZZE  Bar No. 102181
7  bruce.celebrezze@sdma.com
   MICHELLE Y. McISAAC  Bar No. 215294
8  michelle.mcisaac@sdma.com
   One Market Plaza, Steuart Tower, 8th Floor
9  San Francisco, California 94105
   Telephone: (415) 781-7900
10 Facsimile: (415) 781-2635

11 Attorneys for Defendant
   HARTFORD LIFE AND ACCIDENT INSURANCE
12 COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY ANN GEORGE,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY; and DOES 1 to 35, Inclusive,<br><br>　　　Defendants. | CASE NO.  CV 09-04059 VRW<br><br>**STIPULATION AND [PROPOSED] ORDER RE DISMISSAL** |

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, each party to bear his/its own
4  costs and fees.

5  DATED:  March 12, 2010         JOHNSTON LAW OFFICE

7                                  By:  /s/ Richard Johnston
8                                       RICHARD JOHNSTON
                                        Attorneys for Plaintiff
                                        MARY ANN GEORGE

9  DATED:  March 12, 2010         SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                                 By:  /s/ Michelle Y. McIsaac
13                                      MICHELLE Y. McISAAC
                                        Attorneys for Defendant
14                                      HARTFORD LIFE AND ACCIDENT INSURANCE
                                        COMPANY

16                                 **ORDER**

17      IT IS SO ORDERED.

19  DATED:  March 30, 2010
20                                 _____
                                   JUDGE OF THE UNITED STATES DISTRICT COURT

*(Signed: Judge Vaughn R Walker)*

SF/1687125v1

-1-
STIPULATION AND [PROPOSED] ORDER RE DISMISSAL